### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| LAURA DAVIS,<br><br>          Plaintiff,<br><br>v.<br><br>CITY OF ORANGE BEACH,<br>ALABAMA,<br><br>          Defendant. | CIVIL ACTION NO.:  23-cv-339 |

## **STATUS REPORT ON SETTLEMENT**

Come now the parties, by and through undersigned counsel and report to this Court that they have undertaken settlement negotiations in this matter as directed by the Court.  A settlement agreement has not been reached.  However, the parties do believe a settlement conference with the Court would be helpful in facilitating further meaningful discussions.

                                                       **s/Andrew J. Rutens**
                                                      ANDREW J. RUTENS  (RUTEA8549)
                                                      arutens@gallowayllp.com
                                                      DAVID F. WALKER (WALKD2617)
                                                      david@gallowayllp.com
                                                      MELISSA P. HUNTER   (HUNTM3367)
                                                      mhunter@gallowayllp.com
                                                      GALLOWAY, WETTERMARK
                                                           & RUTENS, LLP
                                                      Post Office Box 16629
                                                      Mobile, Alabama  36616-0629
                                                      PH: (251)476-4493
                                                      FX: (251)479-5566
                                                      *Attorneys for City of Orange Beach, Alabama*

**\*\*WITH PERMISSION**        **s/ Abby Richardson**
ABBY RICHARDSON (RICHA329)
Richardson Law Firm, LLC
22765 US Highway 98, Suite A-1
Fairhope, AL  36532
Attorney for Plaintiff

### CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of January 2024, I electronically filed the foregoing with the Clerk of the Court using the ECF system.

**s/Andrew J. Rutens**